29

| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |

United States District Court
Southern District of Texas
FILED

Norma Serna, et al §
§
§
versus §
§ CIVIL ACTION B 97-49
Jan R. Demro, et al §
§
§

SEP 0 1 1998

Michael N. Milby
Clerk of Court

United States District Court
Southern District of Texas
ENTERED

SEP 0 2 1998

Michael N. Milby, Clerk of Court
By Deputy Clerk

Order

The reference to the magistrate judge is withdrawn and this case is returned to the docket of Judge Hilda G. Tagle.

Court settings are cancelled but deadlines remain in effect.

Signed on _September 1_____, 1998, at Brownsville, Texas.

_____
Hilda G. Tagle
United States District Judge