21

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

MAY 2 0 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| NORMA SERNA, Individually § <br> and as next friend of ALFREDO SERNA, § <br> a minor child and JOHN and GLADYS § <br> McKENNA, Individually and as next § <br> friend of KATHLEEN McKENNA, § <br> a minor child § <br> § <br> V. § <br> § <br> JEAN [SIC] DEMRO, JACI EKERN, § <br> MARTHA MARTIN, FRANCES PAYNE, § <br> BETTY SEVILLA, DOROTHY WAGNER § <br> and JAMES SMITH § | CIVIL ACTION NO. B-97-49 |

## ORDER

On this date came on to be considered Defendants' Motion to Re-Urge and Re-Instate Defendants' Motion for Summary Judgment and Ancillary Motions. The Court, having considered the Motion, and having reviewed the items on file herein, is of the opinion that said Motion should be granted. Therefore, it is hereby

ORDERED that the Order of May 21, 1998, denying all pending Motions in this cause be and the same is hereby SET ASIDE. It is further

ORDERED that Defendants' Motion for Summary Judgment and the Motions ancillary to that Motion be and the same are hereby RE-INSTITUTED for consideration and ruling by this Court. It is also

ORDERED that the Magistrate Judge assigned to this cause continue to prepare a report and recommendations to this Court with respect to the Defendants' Motion for Summary Judgment and the Motions ancillary to same.

DONE at Brownsville, Texas, on this the 7th day May, 1999.

_____
HILDA G. TAGLE,
UNITED STATES DISTRICT JUDGE